IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. S-05-0217 EJG

     v.             ORDER TO SHOW CAUSE RE: SANCTIONS

JESSE SANDERS,

        Defendant.
_____/

    This matter was before the court on December 12, 2005 for a status conference.  Charles Bloodgood, counsel for defendant, failed to appear.  The court considers Mr. Bloodgood's failure to appear a serious violation of the court's prior order, issued December 2, 2005 directing his appearance on December 12, 2005, resulting in unnecessary delay of the case and inconvenience to the court and opposing counsel.

    Therefore, IT IS HEREBY ORDERED that Charles Bloodgood, counsel for defendant, shall appear and show cause at 10:00 a.m., December 16, 2005, why he should not pay monetary sanctions in the amount of $150 to the court's Non-Appropriated Fund for his violation of the court's order.

    The status conference is also continued to 10:00 a.m., December 16, 2005.

IT IS SO ORDERED.

Dated: December _13, 2005    /s/ Edward J. Garcia____ _____
                      EDWARD J. GARCIA, JUDGE
                      UNITED STATES DISTRICT COURT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26