UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

Rev. 8/98

                    RE:   Jesse Arthur Oscar Sanders, Jr.
                          Docket Number: 2:05CR00217-01
                          **CONTINUANCE OF JUDGMENT**
                          **AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 03/10/2006 to 03/17/2006 at 10am. (See attached for amended Schedule for Disclosure)

**REASON FOR CONTINUANCE:** Unavailability of counsel to complete interview.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                      Respectfully submitted,

                                      /s/ Linda Alger
                                      **LINDA L. ALGER**
                           Senior United States Probation Officer

**REVIEWED BY:** /s/ Karen A. Meusling
                           **KAREN A. MEUSLING**
                           **Supervising United States Probation Officer**

Dated:
      Sacramento, California
      LLA:la

FILED
FEB 1 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**       /s/ Edward J. Garcia       2/13/05
                            Senior United States District Judge    Date

___ **Disapproved**

CONTJ&S.EJG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 2:05CR00217-01 |
| Plaintiff, | Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report. |
| vs. | |
| Jesse Arthur Oscar SANDERS, JR. | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court

| | |
|---|---|
| Judgment and Sentencing Date | 03/17/2006 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer & Opposing Counsel no Later Than | 03/10/2006 |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than | 03/03/2006 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer & Opposing Counsel no Later Than | 02/24/2006 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than | 02/10/2006 |

Rev. 8/98
CONTJ&S.EJG