


FILED
AUG 1 2 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:05CR00217-01 EJG |
| ) | |
| JESSE ARTHUR OSCAR SANDERS, ) | |
| JR. ) | |
| ) | |

### LEGAL HISTORY:

On March 17, 2006, the above-named was placed on supervised release for a period of 3 years, which commenced on May 9, 2007. Special conditions included: Search; Participate in drug or alcohol treatment; Participate in drug or alcohol testing; Participate in mental health treatment; Aftercare co-payment; Register as a drug offender; and submit to collection of DNA.

### SUMMARY OF COMPLIANCE:

Mr. Sanders has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Sanders has derived maximum benefit from supervision and is not in need of continued supervision.

### RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

Re:     Jesse Arthur Oscar SANDERS, Jr.
        Docket Number:  2:05CR00217-01
        RECOMMENDATION TERMINATING
        <u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>

Respectfully submitted,

/s/Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**

Dated:      July 27, 2009
            Sacramento, California
            TMO/cp

**REVIEWED BY:**      <u>/s/Lori L. Koehnen for</u>
                      **KYRIACOS M. SIMONIDIS**
                      **Supervising United States Probation Officer**

cc:     AUSA  William S. Wong (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00217-01** |
| ) | |
| **JESSE ARTHUR OSCAR SANDERS, JR.** ) | |

On March 17, 2006, the above-named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Toni M. Ortiz
**TONI M. ORTIZ
United States Probation Officer**

Dated:     August 12, 2009
           Sacramento, California
           TMO/cp

**REVIEWED BY:**     /s/Lori L. Koehnen for
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:** **Jesse Arthur Oscar SANDERS, Jr.**
**Docket Number: 2:05CR00217-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

_8/12/09_
**Date**

_[signature]_
**EDWARD J. GARCIA**
**Senior United States District Judge**

Attachment: Recommendation
cc: United States Attorney's Office